THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PAUL SPERLING, Appellant, and Another, Defendant.

Submitted October 10, 1940; decided November 13, 1940.

*Samuel L. Teitler* and *Samuel B. Newman* for appellant.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.